UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 21 2025

NATHAN OCHSNER
CLERK OF COURT

In The United States District Court
For the Southern District of Texas
Brownsville Division

Ernesto Benavides Jr.
T.D.C.J.-I.D. No. 01910125
State I.D. No. 05261988

Case No. B-25-184

V.

I.R.S.

I. I have "not" filed any other lawsuit relating to this instant matter.

II. I am currently confined at Dominguez Unit, 6535 Cagnon Rd., San Antonio, Texas 78252.

III. I recieved a letter from I.R.S. on or about 7/1/2023 stating "investigation on identity fraud lasts appx. one year." I began to exhaust administrative remedies in January 2025 the last grievance I wrote was in June 2025. Therefore, my remedies have been exhausted. No answer has been recieved. Hence this claim has ripened for Judicial review.

IV. The party to this suit is The "Internal Revenue Service" (e.t.a.l.) - Defendant
Plaintiff - Ernesto Benavides, Jr. at Dominguez Unit, 6535 Cagnon R, San Antonio, Tx. 78252.

V. This claim is being brought under 26 USCS § 7422. In 2021 and 2022 I was employed at "Maximus Federal" in Brownsville, Texas 78526. I had recently been released from T.D.C.J.-I.D. and had the Tax

pg. 1

cut incintive for employers to hire people who barely come out of prison. After One (1) full year of employment I filed my income tax I had dependents because my ex-wife had abandoned our homestead and I got custody of my three children through a final divorce decree in Cameron County Divorce Court. (I want to mention that I believe there is a descrepancy with the child support and she might be getting awarded instead of me, but this is only speculation.) As I waited for the income check to arrive I noticed everyone got theirs except us, me and the kids. I started to look into it by calling the refunds' hotline to no avail. Finally one day I recieved notice that an investigation was being conducted because of identity fraud and that I owed taxes from 2010. This is not the first time this happens. "It's a reaccuring problem". I have filed police reports and transmitted them to the I.R.S. Also, as proof that I did not work in 2010 I want to show Case No. 2010-CR-0108-A from Cameron County, Texas. I was sentenced to 12 months (1 year) in 2010. See Ex parte Benavides, 2017 Tex. Crim. App. Unpub. LEXIS 271, and In re Benavides, 2018 Tex. App. LEXIS 3231. These cases satisfy the burden of proof that it was not me that owed the back taxes because I was not employed that year, also one of the descrepancies I.R.S. has brought up previously is that I've been employed

pg-2

"In States other than Texas." Therefore, this proves I could not have been in two places at the same time and I.R.S. should not have unlawfully taken my refund check. The difference in State Identification would show descrepancy.

I.R.S. has caused hardships, anxieties, and not just for me but for my entire household. A Dominoe effect of hardships have stemmed from the I.R.S.'s negligence.

(This claim may become layered and complex, thus counsel may be required to be appointed.)

As a result of the I.R.S.'s failure to carry out its duties my credit and employment have been affected. I took out loans to help pay for caregivers for my children and elderly parents then when my loans ran out I started missing days of employment which caused me my job and could not pay my parole fees.

I was relying on the I.R.S. to fulfill their duties. One of the violations I got revoked is failure to pay fees. See exhibit-1

VI. Relief:

As redress I'm seeking for the honorable Court to issue an order compelling the I.R.S. to compensate my tax refund check aprox $14,000.00. Also the interest due for said amount at an interest rate this court deems fair. And Also a $100,000.00 amount to get my credit and affairs in order. In conjunction to any other order the court deems just.

pg 3

VII.
A. The Only Names I've been Employed under is: Ernesto Benavides Jr.
B. T.D.C.J.-I.D. No. 01910125 ; State I.D. No. ~~05261988~~ EB. 05261988 ; SS No. ███-████-6898

VIII. I have not recieved sanctions from Courts.

Executed on Thursday, August 7th, 2025.

Respectfully Submitted,
/s/ Ernesto Benavides Jr.

I, Ernesto Benavides Jr. #1910125 incarcerated at Dominguez State Jail declare under Penalty of Perjury that: 1) Administrative remedies have been exhausted by reaching out to the I.R.S. office in Harlingen, Tx and The I.R.S. Processing office in Austin, Texas via Correspondence with no response. Further More 2) all facts in this complaint and attachments are ~~true~~ EB. True & Correct.

Signed this 7th day of August, 2025
/s/ Ernesto Benavides Jr.

D.O.B. ██/██/1974
State I.D. 05261988
SS. No. ███-██-6898

pg. 4

*Hardships Suffered after getting my life Straight because I relied on I.R.S. Tax Refund.*

To: BENAVIDES, ERNESTO JR    SID# 05261988  TDCJ# 01910125  Violation# 33291103

B. NOTICE OF ALLEGED VIOLATIONS OF RELEASE

You are accused of violating one or more of the rules/conditions of your release as set out in the Certificate of Release, or as modified since release, to wit:

7) Rule # : 9 C    I shall pay, during the period of my supervision, any and all outstanding fines, court costs and fees adjudged against me, to the clerk of the court of conviction, and I agree to provide my Parole Officer with documentation verifying payment of said amounts. I shall pay a supervision fee for each month that I am required to report to a Parole Officer as instructed by my Parole Officer.

On or About or Since: 11/15/2023
At/About: Harlingen District Parole Office
Comp/Adj: Failure to Pay Crime Victim Fund Fees as Directed by my Parole Officer being in the arrears approximately $168.00. Parole Officer Ramon Venegas.

Offender _____  Date 11/24/24
(Signature acknowledging Notification of Allegations)

7) Rule # 9 C   ☐ Admit  _____  _____
                              Initials              Date

Note: I have loans in default due to hardships stemming from this matter. — Universal loan Inc., and other private lenders and my credit has suffered along with my employment since I was E.B. going through trouble paying for caregivers after my father had a stroke and had to care for him while we acquired help from Veterans Affairs.

A
19/51

Information contained herein may be confidential and privileged and shall not be disclosed except as allowed by law.    Page 4 of 5.

To: U.S. District Clerk
600 E. Harrison #201
Brownsville Texas 78520

From: Ernesto Benavides, Jr. 19/01/25
Dominguez State Jail
6535 Cagnon Rd.
San Antonio, Texas 78252

Re: 26 U.S.C. §7422

Greetings Clerk:

This is under 26 U.S.C. §7422. Please file this and present to the Honorable Court. This case involves a Refund Check from I.R.S. where Identity Fraud has been alleged. Appointment of Counsel will be necessary.

Your help is Appreciated.

/s/ Ernesto Benavides Jr.

TDCJ: Benavides, Ernesto Jr.
DOMINGUEZ STATE JAIL　0191025
6535 CAGNON RD
SAN ANTONIO, TX 78252
SAN ANTONIO, TX 78252

Special

MAIL
United States District Court
Southern District of Texas

AUG 21 2025

RECEIVED
Nathan Ochsner, Clerk of Court

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 AUG 2025 PM 3 L



Southern District of Texas
Clerk of Court - Nathan Ochsner
600 E. Harrison St. #101
Brownsville TX 78520

78520-727325